UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA — WESTERN DIVISION

| | |
|---|---|
| PAUL H. DEERING,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>LOS ANGELES COUNTY SHERIFF LEROY BACA, et al.,<br><br>　　　　　Defendants. | Case No. CV 07-6450-ABC (JWJ)<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed the instant Complaint and other papers along with the attached Report and Recommendation of the United States Magistrate Judge, and has made a <u>de novo</u> determination of the Report and Recommendation. Further, the Court has engaged in a de novo review of those portions of the Report to which Plaintiff has objected.

IT IS ORDERED that a Judgment be issued **dismissing the instant action with prejudice** as to defendants Judge McDonald, Judge Nichols, Attorney Graff, Attorney Shanahan, Officer Bertucci, Nurse Jane Doe, Sheriff Bouchard, and Oakland County Circuit Court; (2) **dismissing the instant action without prejudice** as to Attorney General Cox, Assistant General

Wood, Assistant Attorney General Long, and Officers of the Los Angeles Police Department, UCLA Division with respect to plaintiff's claims regarding his arrest and prosecution in California; 3) **dismissing the instant action with leave to amend** as to Ms. McCartney, Transcor American, LLC, Attorney General Cox, Assistant Attorney General Wood, and Assistant Attorney General Long with respect to plaintiff's claims regarding his transfer from Los Angeles County Jail to Michigan; and 4) **dismissing the instant action with leave to amend** as to Leroy Baca and Karl T. Ross in order to allow plaintiff to remedy the deficiencies explained above.

IT IS FURTHER ORDERED that the Clerk shall serve forthwith a copy of this Order and the Judgment of this date on the plaintiff.

Plaintiff shall have **twenty-one (21)** days from the date of this Order to file a First Amended Complaint as to Ms. McCartney, Transcor American, LLC, Attorney General Cox, Assistant Attorney General Wood, Assistant Attorney General Long, Leroy Baca, and Karl T. Ross. The First Amended Complaint must comply with all the applicable provisions of the Prison Litigation Reform Act, Pub. L. No. 104-134, 110 Stat. 1321 (codified in Sections of Titles 18, 28 and 42 U.S.C.), the Federal Rules of Civil Procedure, and the Local Rules for the Central District of California.

The First Amended Complaint must be labeled with the case number assigned to this case, and must be labeled "First Amended Complaint." In addition, plaintiff is informed that the Court cannot refer to a prior pleading in order to make plaintiff's First Amended Complaint complete. Local Rule 15-2 requires that an amended complaint be complete in and of itself without reference to any prior pleading. This is because, as a general rule, an amended complaint supersedes the original complaint. See Loux v. Rhay, 375 F.2d 55, 57 (9th Cir. 1967).

The Court Clerk is directed to enclose with this Order two copies of the

1  form civil rights complaint for plaintiff's use in preparing a First Amended
2  Complaint.
3      Failure to file a First Amended Complaint in accordance with this Order
4  will result in a recommendation that this action be dismissed with prejudice as
5  to Ms. McCartney, Transcor American, LLC, Attorney General Cox, Assistant
6  Attorney General Wood, Assistant Attorney General Long, Leroy Baca, and
7  Karl T. Ross for failure to prosecute and/or failure to comply with this Court's
8  order. See Fed. R. Civ. P. 41(b); see also Link v. Wabash R.R., 370 U.S. 626,
9  629-30, 82 S.Ct. 1386, 1388, 8 L.Ed.2d 734 (1962).

DATED: October 31, 2008

_____
AUDREY B. COLLINS
United States District Judge