# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA — WESTERN DIVISION

| | |
|---|---|
| PAUL H. DEERING, | Case No. CV 07-6450-ABC (JWJ) |
| Plaintiff, | |
| vs. | JUDGMENT |
| LOS ANGELES COUNTY SHERIFF LEROY BACA, et al., | |
| Defendants. | |

Pursuant to the Order of the Court approving the recommendations of the United States Magistrate Judge, and adopting the same as the facts and conclusions of law herein,

IT IS ADJUDGED that Judgment be entered (1) **dismissing the instant action with prejudice** as to defendants Judge McDonald, Judge Nichols, Attorney Graff, Attorney Shanahan, Officer Bertucci, Nurse Jane Doe, Sheriff Bouchard, and Oakland County Circuit Court; (2) **dismissing the instant action without prejudice** as to Attorney General Cox, Assistant Attorney General Wood, Assistant Attorney General Long, and Officers of the Los Angeles Police Department, UCLA Division with respect to plaintiff's claims regarding his arrest and prosecution in California; (3) **dismissing the instant**

1 **action with leave to amend** as to Ms. McCartney, Transcor American, LLC, Attorney General Cox, Assistant Attorney General Wood, and Assistant Attorney General Long with respect to plaintiff's claims regarding his transfer from Los Angeles County Jail to Michigan; and (4) **dismissing the instant action with leave to amend** as to Leroy Baca and Karl T. Ross in order to allow plaintiff to remedy the deficiencies explained above.

DATED: October 31, 2008

*Audrey B. Collins*
AUDREY B. COLLINS
United States District Judge