# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA — WESTERN DIVISION

| | |
|---|---|
| PAUL H. DEERING, | Case No. CV 07-6450-ABC (JWJ) |
| Plaintiff, | AMENDED JUDGMENT |
| vs. | |
| LEROY BACA, et al., | |
| Defendants. | |

Pursuant to the Order of the Court approving the recommendations of the United States Magistrate Judge, and adopting the same as the facts and conclusions of law herein,

IT IS ADJUDGED that Judgment be entered (1) **dismissing this action with prejudice** as to defendants Judge McDonald, Judge Nichols, Attorney Graff, Attorney Shanahan, Officer Bertucci, Nurse Jane Doe, Sheriff Bouchard, and Oakland County Circuit Court; (2) **dismissing this action without prejudice** as to Attorney General Cox, Assistant Attorney General Wood, Assistant Attorney General Long, and Officers of the Los Angeles Police Department, UCLA Division with respect to plaintiff's claims regarding his arrest and prosecution in California.

1  Further, IT IS ADJUDGED that Judgment be entered **dismissing**
2  defendants Leroy Baca and Karl T. Ross **without prejudice** and **dismissing**
3  **without prejudice** Ms. McCartney, Transcor American, LLC, Attorney
4  General Cox, Assistant Attorney General Wood, and Assistant Attorney
5  General Long with respect to plaintiff's claims regarding his transfer from Los
6  Angeles County Jail to Michigan.

8  DATED:  January 20, 2009

                                                                             AUDREY B. COLLINS
                                                                           United States District Judge